**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-7596**

JIMMIE HUGENE WOODSON,

Plaintiff - Appellant,

versus

ALEXANDER LAURY, Richmond P.D.,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge. (CA-05-496-2)

Submitted: March 30, 2006          Decided: April 6, 2006

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jimmie H. Woodson, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmie Hugene Woodson appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Woodson v. Laury, Nos. CA-05-496-2; CA-05-496 (E.D. Va. filed Sept. 29 & entered Sept. 30 & Oct. 25, 2005). We deny Woodson's motion for production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED